STATE of Missouri, Respondent,

v.

Karl A. THOMPSON, Appellant.

Nos. WD 50529, WD 52470.

Missouri Court of Appeals,
Western District.

Jan. 28, 1997.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and SPINDEN and ELLIS, JJ.

### ORDER

PER CURIAM.

Karl A. Thompson appeals his convictions for first degree burglary, first degree robbery and armed criminal action, and he appeals the denial of his Rule 29.15 motion for post-conviction relief. We affirm. Rules 30.25(b) and 84.16(b).